NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARGARET STEWART a/k/a      )
MARGARET ROSE STEWART,      )
                            )
        Appellant,          )
                            )
v.                          )          Case No. 2D18-2120
                            )
CIT BANK, N.A. f/k/a ONEWEST )
BANK, N.A.,                 )
                            )
        Appellee.           )
_____)

Opinion filed January 23, 2019.

Appeal from the Circuit Court for Pasco
County; Declan P. Mansfield, Judge.

Margaret Stewart, pro se Appellant.

Brandon S. Vesely, and Shannon T. Sinai
(substituted as counsel of record) of
Albertelli Law, Tampa, for Appellee.

PER CURIAM.

        Affirmed.

KHOUZAM, BLACK, and BADALAMENTI, JJ., Concur.